

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-25-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

       - v. -                                    :     **PROTECTIVE ORDER**

ANDY GYAMFI,                                :     14 Cr. 157 (PAC)
ERIC OPOKU, a/k/a "Eric Opoke,"
KEVIN AYAYEE,                              :

                   Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL A. CROTTY, District Judge:

WHEREAS, ANDY GYAMFI, ERIC OPOKU, a/k/a "Eric Opoke," and KEVIN AYAYEE, the defendants, have sought certain discovery materials from the Government pursuant to Federal Rule of Criminal Procedure 16 ("Rule 16"), which contain and/or reflect personal identification information (including but not limited to names, social security numbers, dates of birth, bank account information, phone numbers, credit card numbers, and any other such personal identifying and financial information) and/or personal communications; and

WHEREAS, the Government desires to protect the confidential information contained in the materials it produces pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771;

IT IS HEREBY ORDERED:

    1.    Discovery material produced by the Government in this action that contains and/or reflects personal identification information (including but not limited to names, social security numbers, dates of birth, bank account information, phone numbers, credit card numbers, and any other such personal identifying and financial information) and/or personal communications -- whether in paper or electronic form -- produced by the government in this action to the defense is deemed "Confidential Material," except to the extent that it came from a defendant's own phone or

own phone records, in which case it shall not be deemed Confidential Material as to that defendant.

2. Confidential Material disclosed to the defendants or to their counsel, Robert Baum, Mitchell Dinnerstein, and James Neuman, Esqs. ("Defense Counsel"), during the course of proceedings in this action:

(a) Shall be used by the defendants or Defense Counsel only for purposes of this action;

(b) Shall be kept in the sole possession of Defense Counsel;

(c) Shall not be reviewed or maintained by the defendants outside the presence of Defense Counsel;

(d) Shall not be copied or otherwise recorded by the defendants;

(e) Shall not be disclosed in any form by the defendants or Defense Counsel except as set forth in paragraph 2(f) below;

(f) May be disclosed only by Defense Counsel and only to the following persons (hereinafter "Designated Persons");

   (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by Defense Counsel;

   (ii) independent expert witnesses, investigators or advisors retained by the defendant or on his behalf in connection with this action;

   (iii) such other persons as hereafter may be authorized by the Court upon such motion by the defendant; and

(g) Shall be returned to the Government following the conclusion of this case together with any and all copies of thereof, or shall be destroyed together with any and all copies thereof and Defense Counsel shall verify such destruction in writing.

3. The defendants and Defense Counsel shall provide a copy of this Order to Designated Persons to whom Confidential Material is disclosed pursuant to paragraphs 2(f)(i), (ii) and (iii). Designated Persons shall be subject to the terms of this Order.

4. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

Dated: New York, New York
       April 25, 2014

SO ORDERED:

HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE